126

## PINNELL v. COMMISSIONER OF INTERNAL REVENUE.

### No. 8063.

Circuit Court of Appeals, Third Circuit.
Argued Dec. 9, 1942.

Decided Dec. 12, 1942.
As Amended on Denial of Rehearing
Jan. 20, 1943.

Max Turner, of New York City (Kenneth Carroad, of New York City, on the brief), for petitioner.

Louise Foster, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, and A. F. Prescott, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed for the reasons fully and satisfactorily set forth in its opinion.